UNITED STATES of America,
Plaintiff—Appellee,

v.

Salvador NAVARRO–GONZALEZ,
Defendant—Appellant.

No. 03–30442.

United States Court of Appeals,
Ninth Circuit.

July 20, 2005.

Douglas W. Fong, Esq., U.S. Attorney's Office, Medford, OR, for Plaintiff–Appellee.

Tonia L. Moro, Esq., Federal Public Defender's Office, Medford, OR, for Defendant–Appellant.

Before FERGUSON, TROTT, and KLEINFELD, Circuit Judges.

ORDER

We remand the sentence imposed in this case to the district court, without vacating the sentence, to follow the procedure established in the en banc decision of *United States v. Ameline*,[1] and to consider whether the sentence would have been materially different in light of *United States v. Booker*.[2]

REMANDED.

---

**1.** *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc).

**2.** *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).